IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

DAVID DENVER HOLLAND

INDICTMENT

3:24-cr-95/MCR

THE GRAND JURY CHARGES:

COUNT ONE

On or about February 20, 2024, in the Northern District of Florida, the defendant,

**DAVID DENVER HOLLAND,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(B)(vi).

Returned in open court pursuant to Rule 6(f)

Date: 10/15/24

United States Magistrate Judge

FILED USDC FLND PN
OCT 15 '24 PM 4:50

## COUNT TWO

On or about February 20, 2024, in the Northern District of Florida, the defendant,

**DAVID DENVER HOLLAND,**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count One of this Indictment, did knowingly possess a firearm, namely, a Smith and Wesson 9 millimeter pistol.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

On or about February 20, 2024, in the Northern District of Florida, the defendant,

**DAVID DENVER HOLLAND,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate commerce, that is:

1.   a.   On or about August 17, 2000, **DAVID DENVER HOLLAND** was convicted in the State of Florida of Arson, Burglary of an Unoccupied Conveyance and Grand Theft Auto;

b. On or about June 11, 2009, **DAVID DENVER HOLLAND** was convicted in the Northern District of Florida of Possession of a Firearm and Ammunition by a Convicted Felon;

c. On or about June 17, 2009, **DAVID DENVER HOLLAND** was convicted in the State of Florida of Possession of a Firearm, Ammunition or an Electronic Weapon by a Convicted Felon;

d. On or about August 29, 2017, **DAVID DENVER HOLLAND** was convicted in the State of Florida of Possession of a Controlled Substance – Heroin, and Driving While License Cancelled, Suspended or Revoked – Third Conviction;

e. On or about November 22, 2017, **DAVID DENVER HOLLAND** was convicted in the State of Florida of Possession of a Controlled Substance – Cocaine and Possession of a Controlled Substance – Hydrocodone; and

f. On or about March 19, 2020, **DAVID DENVER HOLLAND** was convicted in the Northern District of Florida of Possession of a Firearm and Ammunition by a Convicted Felon;

2. For each of these crimes, **DAVID DENVER HOLLAND** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **DAVID DENVER HOLLAND** did knowingly possess a firearm, to wit, a Smith and Wesson 9 millimeter pistol, and ammunition, namely, Speer and Winchester 9 millimeter and Federal .44 caliber.

4. This firearm and ammunition had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FOUR

On or about March 14, 2024, in the Northern District of Florida, the defendant,

**DAVID DENVER HOLLAND,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers; 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers; and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(B)(vi).

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Counts One and Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violations alleged in Counts One and Four, punishable by imprisonment for more than one year, the defendant,

## DAVID DENVER HOLLAND,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of his interest in:

    A.    Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violations.

    B.    Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

        i.    cannot be located upon the exercise of due diligence;

        ii.    has been transferred or sold to, or deposited with, a third person;

        iii.    has been placed beyond the jurisdiction of this Court;

        iv.    has been substantially diminished in value; or

   v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

## FIREARM FORFEITURE

The allegations contained in Counts Two and Three of this Indictment are hereby realleged and incorporated by reference.  Because the defendant,

## DAVID DENVER HOLLAND,

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Counts Two and Three of this Indictment, perpetrated in whole or in part by the use of a firearm and ammunition, did knowingly possess the firearm and ammunition described above, any and all interest that this defendant has in the firearm and ammunition involved in these violations is vested

in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665.

A TRUE BILL:

███████████████

FOREPERSON

10/15/24

DATE

_____
JASON R. COODY
United States Attorney

_____
J. RYAN LOVE
Assistant United States Attorney

7